

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-18-00500-CV

Matthew **HOKE**,
Appellant

v.

Abbie **HOKE**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-17328
Honorable Solomon Casseb, III, Judge Presiding

PER CURIAM

Sitting:     Irene Rios, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: March 27, 2019

DISMISSED

The parties have filed a joint motion to dismiss this appeal, stating that the parties have reached an agreement that resolves this dispute. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.).

PER CURIAM